UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CONTENT PRODUCTIONS LLC; NETFLIX STUDIOS, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and STUDIOCANAL S.A.S., <br><br> Plaintiffs, <br><br> vs. <br><br> TTKN ENTERPRISES, LLC d/b/a CRYSTAL CLEAR MEDIA; TODD SMITH; and TORI SMITH, <br><br> Defendants. | Case No.  2:20-cv-07274-GW-JPR <br><br> **[PROPOSED] JUDGMENT** <br><br> Judge:      Hon. George H. Wu <br><br> Trial Date: None Set |

# [PROPOSED] JUDGMENT

Plaintiffs Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Warner Bros. Entertainment Inc., Universal City Studios Productions LLLP, Universal Content Productions LLC, Netflix Studios, LLC, Columbia Pictures Industries, Inc., and Studiocanal S.A.S. (collectively "Plaintiffs") brought this action alleging copyright infringement against Defendants TTKN Enterprises, LLC d/b/a Crystal Clear Media; Todd Smith; and Tori Smith ("Defendants") on August 12, 2020.

Plaintiffs and Defendants have stipulated to judgment and a permanent injunction.

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

[1] Judgment is entered for Plaintiffs and against Defendants on the Causes of Action in Plaintiffs' Complaint.

[2] Damages are awarded in favor of Plaintiffs and against Defendant TTKN Enterprises, LLC d/b/a Crystal Clear Media, in the total amount of forty million dollars ($40 million).

[3] A Permanent Injunction is entered against Defendants by separate Order.

[4] All claims and defenses in this action are hereby resolved by this Stipulated Judgment and the Permanent Injunction.

[5] The Parties will bear their own costs and attorneys' fees.

1 **IT IS SO ORDERED.**

2 DATED:

By: _____
The Honorable George H. Wu
United States District Judge